# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEFFREY HOUSTON,

    Plaintiff,

v.                                       CASE NO. 5:18cv190-MCR-GRJ

GULF CORRECTIONAL
INSTITUTION, et al.,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 28, 2018. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Complaint, ECF No. 1, is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**